# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2026 KW 0485

VERSUS

DUSTIN J. RUPPLE                                        **JUNE 15, 2026**

---

In Re:     Dustin J. Rupple, applying for supervisory writs, 22nd
           Judicial District Court, Parish of St. Tammany, No.
           3201-F-2024.

---

**BEFORE:    WOLFE, HESTER, AND BALFOUR, JJ.**

    **WRIT DENIED.**  The record of the St. Tammany Parish Office of
the Clerk of Court reflects that motions are set to be heard on
June 17, 2026.  The district court is proceeding toward disposition
of this matter.

                            **EW**
                            **CHH**
                            **KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT